Attachment A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

AUG 23 2024

U.S. DISTRICT COURT
ELKINS WV 26241

RICHARD LEE SATEK, Jr.

*Your full name*

**FEDERAL CIVIL RIGHTS
COMPLAINT
(*BIVENS* ACTION)**

v.

Civil Action No.: ___3:24cv109___
*(To be assigned by the Clerk of Court)*

EMERY McCOY, M.D.

*Enter above the full name of defendant(s) in this action*

## I.    JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**.  The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.    PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Name of Plaintiff: Richard Lee Satek  Inmate No.: 11703-041
Address: FCI - Gilmer          P O Box 6000
Glenville, WV   26351

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

B.    Name of Defendant: __Emery McCoy, M.D._____

Position: _____

Place of Employment: __Federal Bureau of  Prisons_____

Address: __FCI - Gilmer      201 FCI Lane_____

_____Glenville, WV  26351_____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☒ Yes       ☐ No

If your answer is "YES," briefly explain: __Employed by the Federal Bureau of  Prisons, as a Medical  Doctor  who  is respon-

__sible for the health of federal prisoners_____

_____

B.1    Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

_____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☐ Yes       ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____

B.2    Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

_____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☐ Yes       ☐ No

Attachment A

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____

B.3   Name of Defendant: _____
      Position: _____
      Place of Employment: _____
      Address: _____

      _____

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?      □ Yes          □ No

      If your answer is "YES," briefly explain: _____

      _____

      _____

      _____

      _____

B.4   Name of Defendant: _____
      Position: _____
      Place of Employment: _____
      Address: _____

      _____

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?      □ Yes          □ No

      If your answer is "YES," briefly explain: _____

      _____

      _____

      _____

      _____

Attachment A

B.5    Name of Defendant: _____

Position: _____

Place of Employment: _____ .

Address: _____

_____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    □ Yes    □ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____

III.    PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: Federal Correctional Institute - Gilmer

A.    Is this where the events concerning your complaint took place?
        ☒ Yes    □ No

If you answered "NO," where did the events occur?

_____

B.    Is there a prisoner grievance procedure in the institution where the events occurred?    ☒ Yes    □ No

C.    Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
        ☒ Yes    □ No

D.    If your answer is "NO," explain why not: _____

_____

_____

_____

E.    If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

Attachment A

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1    BP-9 to Warden of FCI - Gilmer

LEVEL 2    BP-10 to Regional Director of Mid-Atlantic

LEVEL 3    BP-11 to BOP Central Office

## IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?      □ Yes     ☒ No

B.    If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

2.    Court: _____
*(If federal court, name the district; if state court, name the county)*

3.    Case Number:_____

4.    Basic Claim Made/Issues Raised: _____
_____
_____
_____

5.    Name of Judge(s) to whom case was assigned:
_____

6.    Disposition: _____
*(For example, was the case dismissed? Appealed? Pending?)*

7.    Approximate date of filing lawsuit:_____

**Attachment A**

8.    Approximate date of disposition. Attach Copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?

☐ Yes        ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought.

_____

_____

_____

_____

E.    Did you exhaust available administrative remedies?

☐ Yes        ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted.

_____

_____

_____

_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): _____

Defendant(s): _____

2.   Name and location of court and case number:

_____

_____

_____

3.   Grounds for dismissal:   ☐ frivolous   ☐ malicious
☐ failure to state a claim upon which relief may be granted

4.   Approximate date of filing lawsuit: _____

5.   Approximate date of disposition: _____

## V.   STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)*

CLAIM 1: DEFENDANT VIOLATED MY 8th AMENDMENT RIGHT TO BE FREE OF CRUEL AND UNUSUAL PUNISHMENT BY REFUSING TO PROVIDE MEDICAL TREATMENT FOR BLOOD CLOTS PRESENT IN MY RIGHT LEG, WHICH ARE CAUSING THE PLAINTIFF SEVERE AND CONSTANT PAIN, PLUS MENTAL STRESS AND ANXIETY FROM CONSTANT FEAR OF DEATH.

Supporting Facts: On December 20, 2023, following an Ultrasound

Attachment A

examination of plaintiff's right leg, independent physicians concluded that immediate emergency surgery was required to remove blood clots present in the right leg, which were a
— CONTINUED —

CLAIM 2: DEFENDANT DELIBERATELY VIOLATED FEDERAL STATUTES THAT REQUIRE THE BUREAU OF PRISONS TO PROVIDE MEDICAL CARE AND TREATMENT FOR ALL FEDERAL PRISONERS, ALL IN VIOLATION OF PLAINTIFF'S ENTITLEMENT TO BE FREE OF CRUEL AND UNUSUAL PUNISHMENT, AND TO BE PENALIZED ONLY AS AUTHORIZED

Supporting Facts: The defendant deliberately withheld emergency medical treatment for the plaintiff, and caused a threat to plaintiff's life, and entitlement to be pain free, all in violation of the 8th Amendment, and contrary to Title 18, § 4042(a), and the Due Process Clause.

CLAIM 3: _____

_____

_____

_____

_____

Supporting Facts: _____

_____

_____

_____

_____

CLAIM 4: _____

_____

_____

_____

_____

Supporting Facts: _____

_____

CONTINUED, from CLAIM 1:

threat to plaintiff's life if not treated, or removed by a surgical procedure. In addition, the blood clots would cause tremendous pain and suffering to the plaintiff, as advised by those independent physicians and medical personnel. However, the defendant - Emery McCoy, M.D., refused to authorize the surgical intervention, and directed that the plaintiff be returned, immediately, to the prison.

The subject blood clots continue to exist in the right leg of the plaintiff, causing him severe and constant pain, which interferes with his ability to walk and relax. In addition, the pain affects plaintiff's ability to sleep. Followup tests performed have confirmed that the blood clots have hardened, and that it is too late for their removal at this time. Thus, the plaintiff will experience  pain and discomfort for the remainder of his life, rendering the plaintiff disabled for the remainder of his life by being unable to labor and earn an income.

There existed no medical reason for the defendant's refusal to allow surgical intervention on December 20, 2023, except his deliberate indifference to the plaintiff's medical needs, and a motive to inflict cruel and unusual punishment on him.

**Attachment A**

CLAIM 5: _____

_____

_____

_____

_____

Supporting Facts: _____

_____

_____

_____

_____

## VI.  INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

Plaintiff is being subjected to cruel and unusual punishment, which interferes with his ability to walk and lift weights. Plaintiff's injuries will require constant medical treatment, that will result in medical bills and expenses, and a loss of income.

## VII.  RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. _Make no legal arguments. Cite no cases or statutes._

Compesatory damages in the sum of Five Million Dollars; and punitive damages in the sum of Five Million Dollars.

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.


Executed at <u>Glenville, WV</u> on <u>August 16, 2024</u>.
          (Location)                      (Date)

Your Signature